UNITED STATES DISCRICT COURT

MIDDLE DISTRICT OF LOUISIANA

OLUWAFEYISAYO AKINGKUGBE     CIVIL ACTION

VERSUS

RED FROG EVENTS, LLC, ET AL.     NO.: 17-01670-BAJ-EWD

## RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 55)** pursuant to 28 U.S.C. § 636(b)(1). The Magistrate Judge recommends that this case be remanded for failure to establish the amount in controversy. (Doc. 55). The Magistrate Judge further recommends denying as moot Plaintiff's Motion to Remand for improper joinder. *Id.*

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein (Doc. 55 at p. 1). Defendant Red Frog Events filed an objection, which Defendant, North South Innovations, joined. (Docs. 58 & 59). Red Frog Events contends that the amount in controversy is met.[1] (*See* Doc. 58).

Having carefully considered the underlying complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and

---

[1] Subsequently, the Magistrate Judge denied a motion for leave to conduct additional discovery. (Doc. 61).

Clerk 20th JDC - Certified

Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS SO ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 55)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that this case is **REMANDED** to the 20th Judicial Court for the Parish of West Feliciana, State of Louisiana.

**IT IS FURTHER ORDERED** that the **Motion to Remand (Doc. 11)** is **GRANTED**.

Baton Rouge, Louisiana, this 7th day of September, 2018.

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**